IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KHAYREE REID, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 12-5709 |
| | : | |
| CAROLYN W. COLVIN, | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 18 day of April, 2016, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 9), Defendant's Response to Request for Review of Plaintiff (Doc. No. 12), Plaintiff's Reply Brief (Doc. No. 14), Plaintiff's Objections to the Report and Recommendation (Dkt. No. 16), and after review of the Amended Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated March 31, 2016, IT IS ORDERED that:

1. The Amended Report and Recommendation is APPROVED and ADOPTED;

2. The relief sought by Plaintiff is GRANTED in part;

3. The case is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g), and in accordance with the Report and Recommendation; and

4. In all other respects, Plaintiff's request for relief is DENIED.

BY THE COURT:

_T.N. O'Neill_
THOMAS N. O'NEILL, JR., J.